LOUISE V. HAEBLER, Appellant, v. JACOB SIEGEL and JOHN RIEGELMAN, as Executor, etc., of JOHN C. HEINTZ, Deceased, Respondents.— Action to have assignment made by defendants to themselves as trustees on January 12, 1909, declared null and void, and for other relief. Orders granting motions for judgments dismissing the complaint for insufficiency, and the judgments entered thereon, unanimously · affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RAYMOND KRUCKEL and ANNA KRUCKEL, Appellants, v. AGATINE CITELLI, Also Known as AGATINE MORELLI, and JOSEPH MORELLI, Respondents, Impleaded with Others.— Action to foreclose a second mortgage. Order denying plaintiffs' motion for summary judgment and other relief, with leave to renew upon proper notice, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

RAYMOND KRUCKEL and ANNA KRUCKEL, Appellants, v. AGATINE CITELLI, Also Known as AGATINE MORELLI, and JOSEPH MORELLI, Respondents, Impleaded with Others.— Action to foreclose a second mortgage. Order granting motion of defendants, respondents, for leave to serve an amended answer on condition that it be served on or before April 8, 1935, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, as Liquidator, etc., Appellant. CLAIM No. S & M TAX 15.— DEPARTMENT OF TAXATION AND FINANCE OF THE STATE OF NEW YORK, Claimant, Respondent.— Order denying motion of the Superintendent of Insurance, as liquidator, to reject the report of the referee which found the claimant, Department of Taxation and Finance of the State of New York, to be entitled to the payment of $30,454.43 as a preferred claim, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MOTCO, INC., Respondent, v. WILLIAM J. LOHN, Appellant.— Plaintiff sues to compel defendant to account for the profits that he received as the result of a joint venture agreement entered into between plaintiff, its assignor, and the defendant. Interlocutory judgment directing an accounting unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ABRAHAM GIVATOWSKY, Appellant, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent, Impleaded with Another.— Order denying plaintiff's motion for summary judgment as to the second cause of action unanimously affirmed, with twenty · dollars costs and disbursements. No opinion. The second cause of action is based on an equitable assignment by the Russo-Asiatic Bank to plaintiff of a part of the credit balance of its account with the head office of the National City Bank of New York. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.